396 A.2d 830

Commonwealth ex rel. Cornell v. Cornell, Appellant.

Submitted November 14, 1977. Mary Ann Kirkpatrick, for appellant; Douglas Ferguson, for appellee.

Order affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this case.

396 A.2d 830

Cooper, Appellant, v. Globe Hoist Company et al.

Argued October 23, 1978. William W. Guthrie, for appellant; Richard D. Klaber, for appellee, Globe Hoist Company; No appearance entered nor brief submitted for appellee, The Goodyear Tire and Rubber Company.

Before PRICE, HESTER and WATKINS, JJ.

Order affirmed.